UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE LAMONT DERRITT,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF POMONA, ET AL.,<br><br>              Defendants. | CASE NO. CV 11-3904-SVW (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED:     May 9, 2013.

                                              STEPHEN V. WILSON
                                              UNITED STATES DISTRICT JUDGE

C:\Tmp\Order accep r&r.wpd