UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE LAMONT DERRITT,<br><br>           Plaintiff,<br><br>    v.<br><br>CITY OF POMONA, ET AL.,<br><br>           Defendants. | CASE NO. CV 11-3904-SVW (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motions to dismiss, the other records on file herein, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the original Report to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's selective enforcement claim is dismissed without prejudice and Defendants' motions to dismiss the Third Amended Complaint are denied on all other grounds.

DATED: <u>August 5, 2014</u>

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

C:\Users\pcruz\AppData\Local\Temp\notes97E53A\Order accep final r&r.wpd