FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| De ANDRE LAMONT J. DERRITT,<br>　　　　Plaintiff,<br>vs.<br>CITY OF POMONA; et al.,<br>　　　　Defendants. | Case No.: CV11-3904 (SVW) (PJW)<br><br>[PROPOSED] JUDGMENT |

On January 25, 2018, the Court issued an Order granting summary judgment in favor of Defendants City of Pomona and Officer Iwig on Plaintiff DeAndre Derritt's 42 U.S.C. § 1983 claims for conspiracy and Monell liability. Docket No. 292. On June 20, 2018, the Court issued an Order granting summary judgment in favor of Defendants City of Pomona and Officer Iwig on plaintiff's remaining Section 1983 claims for false arrest and due process violations. Docket No. 316.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants City of Pomona and Officer Iwig, and against Plaintiff DeAndre Derritt.

///

1       This entire action is dismissed, with prejudice. Defendants shall recover their
2 costs of suit and interest incurred herein, as provided by law.

4       IT IS SO ORDERED.

6 DATED: 5/2/18

                                            Honorable Stephen V. Wilson
                                            United States District Judge